UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN T. DABNEY | CIVIL ACTION |
| VERSUS | NO. 07-9227 |
| N. BURL CAIN, WARDEN<br>LOUISIANA STATE PRISON | SECTION "C"(2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** the Motion to Dismiss (Rec. Doc. No. 12) filed by Warden N. Burl Cain is **GRANTED** and the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 filed by Allen T. Dabney is **TRANSFERRED** to the United States Fifth Circuit Court of Appeals under the authority of 28 U.S.C. § 1631 for that court to determine whether petitioner is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus petition in this district court.

New Orleans, Louisiana, this 7 day of July, 2008.

UNITED STATES DISTRICT JUDGE